Drohan Lee

Erika M. Vasconez
T: (212) 710-0011
evasconez@dlkny.com

October 9, 2026

The request is granted. The Initial Pretrial Conference is adjourned to November 23, 2026, and its related deadlines are extended to November 16, 2026. The Clerk of Court of is respectfully directed to close Docket Number 11.

SO ORDERED.
October 13, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

**VIA ECF**
Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *R.D. et al v. N.Y.C. Public Schools,* 26-cv-04773 (JPC)

Dear Judge Cronan,

We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq*., as well as for this action.

The parties write to jointly request an adjournment of the Initial Pretrial Conference ("Conference"), currently scheduled before Your Honor on October 19, 2026, to November 23, 2026, together with all corresponding deadlines, including the deadline to submit the joint letter and Proposed Case Management Plan and Scheduling Order ("CMP"). ECF No.10. This is the parties' first request for an extension of these deadlines. Defendant has finalized its review of the attorney billing and underlying administrative records and anticipates receiving settlement authority within the next month. In light of anticipated settlement discussions, the parties respectfully request additional time to explore the resolution of the attorneys' fees claim without burdening the Court's resources. Defendant notes that this matter involves no discovery and that liability is not in dispute.

Accordingly, the parties jointly request that the Conference and all related deadlines, including the joint letter and CMP, be adjourned to November 23, 2026, or to such later date as is convenient to the Court. Thank you for considering these requests.

Respectfully submitted,

By: <u>*/s/ Erika M. Vasconez*</u>
Erika M. Vasconez, Esq.

cc: Michele Kule-Korgood, Esq. (*via* ECF)